UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06-CV-00097-JAW |
| KURT W. ADAMS, et al. | ) ) ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of James D. Cowie, James W. Woodworth, David L. Cowie, Kristen A. Tyson, Paul G. Tyson, Paul Sarvis, Lou Solebello, Barbara Taylor, Gwethalyn M. Phillips, Sally Dobres, Harold Noel, Margaret Siegle, Maureen Dea, Ethan Strimling, John H. Donovan, Thomas Mundhenk, and Lisa Hicks, Defendant Intervenors in this matter. All of the above Defendant Intervenors will also continue to be represented by John Paterson, Esq. and the firm of Bernstein, Shur, Sawyer and Nelson, and by Zachary Heiden, Esq., of the Maine Civil Liberties Union, who will remain lead counsel.

Dated at Portland, Maine this 8th day of February, 2007.

/s/ Christopher B. Branson
Christopher B. Branson
Email: *cbranson@mpmlaw.com*

Murray, Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, Maine 04104-5085
(207) 773-5651

1

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed this **Entry of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Alexander K. Haas, Esq.
John Paterson, Esq.
Linda J. Conti, Esq.
Peter B. Lafond, Esq.
Christopher C. Taub, Esq.
John A. Rogovin, Esq.
Samir C. Jain, Esq.
William D. Hewitt, Esq.
Wayne R. Jortner, Esq.
William C. Black, Esq.
Zachary Heiden, Esq.

Dated: February 8, 2007

/s/ Christopher B. Branson
Christopher B. Branson
*Email: cbranson@mpmlaw.com*

MURRAY PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
(207) 773-5651

S:\C\CBB\mclu\Verizon 2006\U.S. v. Adams\Entry of Appearance.Second.doc